NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**PLATFORM SCIENCE, INC.,**
*Appellant*

**v.**

**OMNITRACS, LLC,**
*Appellee*

_____

2023-1094

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01612.

_____

## JUDGMENT

_____

OLIVER RICHARDS, Fish & Richardson P.C., San Diego, CA, argued for appellant. Also represented by JOHN C. PHILLIPS, JASON W. WOLFF.

JASON M. WILCOX, Kirkland & Ellis LLP, Washington, DC, argued for appellee. Also represented by DIVA R. HOLLIS, JOHN C. O'QUINN; ADAM R. ALPER, San Francisco, CA; GIANNI CUTRI, Chicago, IL; MICHAEL W. DE VRIES, Los Angeles, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, SCHALL, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 11, 2024
Date

Jarrett B. Perlow
Clerk of Court